```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,        )
                                 )           4:06MJ3004
            Plaintiff,           )
                                 )
      vs.                        )           ORDER
                                 )
RICARDO ESQUIVEL, JR.,           )
                                 )
            Defendant.           )

   The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

   **IT THEREFORE HEREBY IS ORDERED** that Carlos Monzon is appointed as attorney of record for the above-named defendant.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

   DATED: January 26, 2006.

                                 BY THE COURT

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge